IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **RANDY MURPHY, # 260660,** | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 12-0249-WS-N |
| **CITY OF THOMASVILLE, et al.,** | : | |
| Defendants. | : | |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** without prejudice as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

**DONE** this 19th day of March, 2013.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE