IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **RANDY MURPHY, # 260660,** | : |
| Plaintiff, | : |
| vs. | :   CIVIL ACTION 12-0249-WS-N |
| **CITY OF THOMASVILLE, <u>et al.</u>,** | : |
| Defendants. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court. It is ORDERED that plaintiff's motion for injunctive relief (Doc. 22) be and is hereby DENIED.

**DONE** this 19th day of March, 2013.

s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**