IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **RANDY MURPHY, # 260660,** | : |
| Plaintiff, | : |
| vs. | :   CIVIL ACTION 12-0249-WS-N |
| **CITY OF THOMASVILLE, et al.,** | : |
| Defendants. | : |

# JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that plaintiff's motion for injunctive relief (Doc. 22) be and is hereby DENIED.

**DONE** this 19th day of March, 2013.

                         s/WILLIAM H. STEELE
                         **CHIEF UNITED STATES DISTRICT JUDGE**